No. 01–10402. HARRIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–10832. WRIGHT *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–639. ANDERSON ET AL. *v.* TREADWELL, SECRETARY OF STATE OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 02–651. RODRIGUEZ *v.* FARRELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–750. ROGERS MACHINERY CO., INC. *v.* WASHINGTON COUNTY, OREGON, ET AL. Ct. App. Ore. Certiorari denied.

No. 02–754. GRIFFIS *v.* LUBAN. Sup. Ct. Minn. Certiorari denied.

No. 02–834. JERICOL MINING INC. ET AL. *v.* NAPIER ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–850. RANCHO LOBO, LTD. *v.* DEVARGAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–859. VAILE *v.* PORSBOLL, FKA VAILE, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–862. BOISE CASCADE CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–864. ALABAMA *v.* BRYANT. Sup. Ct. Ala. Certiorari denied.

No. 02–876. BALLARD ET AL. *v.* ADVANCE AMERICA ET AL. Sup. Ct. Ark. Certiorari denied.

No. 02–896. FLUOR HANFORD, INC., ET AL. *v.* BRUNDRIDGE ET AL. Ct. App. Wash. Certiorari denied.